IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cr. No.: 24-CR-00437-DHU |
| ) | |
| **MARIAH ZUNI,** ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR ORDER ACCEPTING FACTUAL STIPULATIONS AND ADJUDICATING DEFENDANT NOT GUILTY BY REASON OF INSANITY**

The parties respectfully request that the Court accept the following factual stipulations, which are based on the discovery provided in this case as well as the conclusions in the July 16, 2025, report of Dr. Angela van der Walt (Doc. 65).

The grounds for this motion are as follows:

I.      PROCEDURAL HISTORY

1.      On March 22, 2024, Defendant was charged by criminal complaint with two counts of first degree murder, in violation of 18 U.S.C. §§ 1153 and 1111.  Doc. 1.  Defendant was indicted on the same charges on April 9, 2024.  Doc. 21.

2.      On March 21, 2025, Ms. Zuni was found to be competent to proceed to trial in this matter. Doc. 52.

3.      On March 21, 2025, Defendant filed a Notice of Insanity Defense Pursuant to Rule 12.2(a). Doc. 46.  On April 11, 2025, the United States filed a motion for mental examination pursuant to 18 U.S.C. § 4242.  Doc. 56.  The Court granted that motion on April 22, 2025.  Doc. 57.  A forensic report summarizing that examination was filed on July 17, 2025.  Doc. 65.

## II. WAIVER OF RIGHTS

4. On September 9, 2025, Defendant filed a Waiver of Trial by Jury. Doc. 68. Prior to the filing of the Waiver, Ms. Zuni was informed of her right to have a trial by a jury, her right to confront witnesses against her, and her right to testify on her own behalf. Having consulted with counsel and pursuant to Federal Rule of Criminal Procedure 23, Ms. Zuni waived her right to a jury trial and authorized the filing of the instant Motion. It is Ms. Zuni's knowing intention to proceed to trial through this written statement of stipulated facts rather than calling and cross-examining witnesses and/or testifying on her own behalf.

5. The United States consents to have the Court conduct the trial in this case. The United States further agrees not to call witnesses and to submit the matter for decision based on the factual stipulations below.

## I. FACTUAL STIPULATIONS

6. The defense has been provided with discovery in this case. Upon review of discovery, the Defendant, Mariah Zuni, and her counsel, Assistant Federal Public Defenders Martin Juarez and Angelica Hall, and undersigned counsel for the United States, hereby stipulate and agree that the following is true and correct and shall be accepted as proven beyond a reasonable doubt:

   a. On or about March 21, 2024, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, Mariah Zuni, an Indian, unlawfully killed John Doe 1 with malice aforethought, in that Defendant killed John Doe 1 willfully, deliberately, maliciously, and with premeditation, by cutting John Doe 1's throat with a knife. These acts violated 18 U.S.C. §§ 1153 and 1111.

      b. On or about March 21, 2024, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, Mariah Zuni, an Indian, unlawfully killed John Doe 2 with malice aforethought, in that Defendant killed John Doe 2 willfully, deliberately, maliciously, and with premeditation, by cutting John Doe 2's throat with a knife.  These acts violated 18 U.S.C. §§ 1153 and 1111.

## III. STIPULATIONS PERTAINING TO INSANITY

Defendant Mariah Zuni and the United States, by and through counsel, stipulate that the following facts shall be deemed proven by clear and convincing evidence:

    7. On July 16, 2025, Dr. Angela van der Walt, Licensed Clinical Psychologist, Federal Bureau of Prisons, Board Certified in Forensic Psychology, American Board of Professional Psychology, completed a forensic psychological report pursuant to 18 U.S.C. § 4242 regarding Defendant's sanity at the time of the offenses charged in the indictment.  Doc. 65.

    8. The Insanity Defense Reform Act of 1984 (IDRA) provides that "it is an affirmative defense to prosecution under any federal statute that, at the time of the commission of the acts constituting the offense, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of his acts." 18 U.S.C. § 17(a).  It is the defendant's burden to prove this defense by clear and convincing evidence.  18 U.S.C. § 17(b).

    9. Upon review of Dr. van der Walt's report, the parties further stipulate and agree that the following is true and correct and shall be accepted as proven by clear and convincing evidence:

a. At the time she committed these offenses, the defendant was suffering from a severe mental disease; and

b. As a result of this mental disease, the defendant was unable to appreciate the quality and wrongfulness of her conduct.

10. In light of Defendant's waiver of jury trial and based on the stipulations set forth above, the parties respectfully request that the Court enter an order adjudicating Defendant not guilty by reason of insanity.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*/s/ Electronically filed 9/10/25*
CAITLIN L. DILLON
MEG TOMLINSON
Assistant U.S. Attorneys
201 Third St. NW, Suite 900
Albuquerque, NM 87102

AND

*Electronically approved 9/10/25*
MARTIN JUAREZ
ANGELICA HALL
Assistant Federal Public Defenders
111 Lomas NW, Suite 501
Albuquerque, NM 87102

I hereby certify that a copy of this motion was delivered via CM/ECF to counsel for the defendant.

*Electronically filed*
CAITLIN L. DILLON